No. 751. WEST TEXAS UTILITIES CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Frank Cain* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 752. WALTERS ET AL. v. HALL. Supreme Court of South Carolina. Certiorari denied. *Arthur J. Goldberg* and *David E. Feller* for petitioners. *Thomas E. McCutchen, Jr.* for respondent.

No. 753. H. KOCH & SONS v. HYCON MFG. Co. C. A. 9th Cir. Certiorari denied. *George B. White* and *Collins Mason* for petitioner. *Robert W. Fulwider* and *Edward E. Tuttle* for respondent.

No. 755. CAMMARATA v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Joseph W. Louisell* and *Ivan E. Barris* for petitioner. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 756. PERMANENTE STEAMSHIP CORP. v. PETERSON. District Court of Appeal of California, First Appellate District. Certiorari denied. *Cyril Appel* and *George Liebermann* for petitioner. *Albert Michelson* for respondent.

No. 764. HUPMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Frank J. Donner, Arthur Kinoy,*